# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

127895

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TORIBIO FLORES, Personal Representative of
the Estate of Jose A. Flores-Toscano, Deceased,
Plaintiff-Appellant,

v

E.C. KORNEFFEL COMPANY,
Defendant-Appellee.

SC: 127895
COA: 250042
Monroe CC: 01-013043-NO

_____/

On order of the Court, the application for leave to appeal the December 16, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

Clerk

t1006